General, *Assistant Attorney General Rice* and *Dickinson Thatcher* for the United States. 

No. 206. LEONARD *v.* BOWERS, TAX COMMISSIONER OF OHIO. Supreme Court of Ohio. Certiorari denied. *John H. Leonard, pro se. C. William O'Neill,* Attorney General of Ohio, and *William E. Herron,* Assistant Attorney General, for respondent. 

No. 207. KLEIN, TRUSTEE IN BANKRUPTCY, *v.* BRANDT & BRANDT PRINTERS, INC. C. A. 2d Cir. Certiorari denied. *Joseph Calderon* for petitioner. *Chauncey H. Levy* and *Sydney Basil Levy* for respondent. 

No. 209. CHICAGO GREAT WESTERN RAILWAY Co. *v.* SCOVEL. C. A. 8th Cir. Certiorari denied. *David L. Grannis* and *Bryce L. Hamilton* for petitioner. *A. Harold Peterson* for respondent. 

No. 210. STONEKING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Daniel J. Leary* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Olney, Robert S. Erdahl* and *Joseph A. Barry* for the United States. 

No. 212. KAUFMANN & BAER Co. ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Harry J. Rudick* and *Mason G. Kassel* for petitioners. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice* and *Robert N. Anderson* for the United States.